**State of MISSOURI, Respondent,**

v.

**David HARDLEY, Appellant.**

**No. WD 36,264.**

Missouri Court of Appeals,
Western District.

May 21, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 2, 1985.

Application to Transfer Denied Aug. 7, 1985.

Sean O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Mark A. Richardson, Jefferson City, for respondent.

Before NUGENT, P.J., and PRITCHARD and CLARK, JJ.

## ORDER

PER CURIAM:

Appeal from jury trial conviction of stealing over $150.00, § 570.030 R.S.Mo. (Supp. 1984), and sentence to a seven year term of imprisonment.

Judgment affirmed. Rule 30.25(b).